# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-112-RLV-DSC

| | | |
|---|---|---|
| KATHRYNN AUBREA MORGEN, f/k/a MINDY OLSEN MYERS | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| STUDENT LOAN FINANCE CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Defendant's "Motion for Admission Pro Hac Vice and Affidavit [for William Henry Rooks]" (document # 15) filed August 11, 2017. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: August 11, 2017

David S. Cayer
United States Magistrate Judge